UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-

COREY MOBLEY,
                              Defendant.
------------------------------------------------------------X

25 Cr. 237 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 11, 2025, Defendant filed a Motion to Dismiss (Dkt. No. 17), which the Government opposed. The motion is still pending.

WHEREAS, a status conference is currently scheduled for September 23, 2025, at 10:30 a.m. It is hereby

**ORDERED** that the status conference currently scheduled for September 23, 2025, is adjourned to **October 21, 2025, at 10:30 a.m.**

Dated: September 16, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE