

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 22, 2025

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *United States v. Corey Mobley*, **25 Cr. 237 (LGS)**

Dear Judge Schofield:

> Whereas, pursuant to 18 U.S.C. § 3161(h)(1)(d), a "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" shall be excluded, this application is **DENIED** as moot. The Clerk of the Court is directed to terminate the motion at docket number 21.
>
> Dated: September 22, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    On September 16, 2025, the Court adjourned the September 23, 2025 status conference in this case to October 21, 2025 at 10:30 a.m. Dkt. No. 20. The Government respectfully requests that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), from September 23, 2025, until October 21, 2025. The Government has produced discovery, the defendant's motion to dismiss the indictment is currently pending before the Court, and the parties are discussing a potential pretrial resolution of this case. As such, the ends of justice served by excluding time until October 21, 2025, outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The defendant consents to this request.

    Additionally, defense counsel respectfully requests the Court adjourn the October 21, 2025 status conference to a time after 11:00 a.m. on that same date, or to another date and time convenient for the Court as defense counsel has an unrelated court appearance on October 21, 2025 at 10:00 a.m.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                        United States Attorney

                                    By: _____
                                        Mostafa Khairy
                                        Special Assistant United States Attorney
                                        Tel.: (212) 637-2406

cc:     Kristoff Williams, Esq. (by ECF)