# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 1, 2025

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **United States v. Corey Mobley
25-CR-237 (LGS)**

Dear Judge Schofield,

    Corey Mobley, through undersigned counsel, respectfully asks the Court to adjourn the October 21, 2025 status conference to a time after 11:00 a.m. on the same date. Undersigned counsel has a previously scheduled court appearance that conflicts with the currently scheduled conference time of 10:30 a.m. This request was previously included in the government's September 22, 2025 letter (Dkt. 21), but it was never addressed by the Court.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

---

Application Granted. The status conference currently scheduled for October 21, 2025, at 10:30 a.m. is adjourned to **October 21, 2025, at 11:45 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 23.

Dated: October 2, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1