UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

UNITED STATES OF AMERICA,

v.

COREY MOBLEY,

            Defendant.

------

ORDER

25 Cr. 237 (LGS)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Chief Magistrate Judge Sarah Netburn on October 30, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

The Clerk of the Court is directed to terminate the motions at docket numbers 27 and 28.

Dated: November 13, 2025
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE