UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :

    UNITED STATES OF AMERICA,           :

                                            :

                                            :            25 Cr. 237 (LGS)

               -against-                   :

                                            :        <u>SCHEDULING ORDER</u>

    COREY MOBLEY,                       :

                                 Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

         It is hereby **ORDERED** that Defendant Corey Mobley's sentencing hearing will be held

on **February 24, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse,

40 Foley Square, New York, New York 10007.   Defendant's sentencing submission, if any, shall

be filed on or before **February 2, 2026**.  The Government's pre-sentencing submission, if any,

shall be filed by **February 5, 2026.**

Dated: November 13, 2025
       New York, New York

                                         **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**