UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:                    25 Cr. 237 (LGS)
-against-                :
:                    <u>ORDER</u>
COREY MOBLEY,                           :
                                 Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for February 24,

2026, is adjourned to **April 14, 2026, at 11:00 a.m.**

Dated: February 18, 2026
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**