# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 19, 2026

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  The sentencing hearing currently scheduled for April 14, 2026, is adjourned to **April 28, 2026, at 11:00 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 39.

Dated: February 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Corey Mobley**
      **25-CR-237 (LGS)**

Dear Judge Schofield,

The sentencing in this case was previously scheduled for February 24, 2026 at 11:00am. On February 18, 2026, this Court entered an order adjourning the sentencing in this case until April 14, 2026 at 11:00am.  Undersigned counsel, however, is scheduled to be in trial during that date.

Accordingly, undersigned counsel, with the consent of the government, respectfully requests that the sentencing in this case be adjourned to one of the following dates:

- April 27, 2026;

- April 28, 2026

- April 30, 2026;

- May 4, 2026; or

- May 5, 2026

Undersigned counsel has conferred with the government about these dates, and both parties would be available to proceed on one of the above dates.

1

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791